COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Baytown Nissan Inc., Burklein Family Limited Partnership,
                         Frederick W. Burklein and J. Cary Gray

Appellate case number:   01-14-00704-CV

Trial court case number: 2013-38072

Trial court:             127th District Court of Harris County

Date motion filed:       November 7, 2014

Party filing motion:     Real Parties in Interest

It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Jane Bland
                         Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle


Date:  November 25, 2014